**United States Bankruptcy Court, Northern District of Illinois, Western Division**
**Attorney Appearance Form**

Case Title:   Paul Knigge                           Case Number:   19-80184

An appearance is hereby filed by the undersigned as attorney for:

Ocwen Loan Servicing, LLC as servicer for The Bank of New York Mellon Trust Company, National Association f/k/a The Bank of New York Trust Company, N.A. as successor to JP Morgan Chase Bank, National Association, as Trustee for Residential Asset Mortgage Products, Inc., GMACM Home Equity Loan Trust 2006-HE1

Attorney name (type or print):   Joel P. Fonferko

Firm:   Codilis & Associates, P.C.

Street Address:   15W030 North Frontage Road, Suite 100

City/State/Zip:   Burr Ridge, IL 60527

Bar ID Number:   6276490                           Telephone Number:   (630) 794-5300
(See item 3 in instructions)

Email Address:   ND-Two@il.cslegal.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ■ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ■ No |
| Are you a member of the court's trial bar? | ☐ Yes | ■ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ■ No |

If this is a criminal case, check your status.     ☐ Retained Counsel
                                                  ☐ Appointed Counsel
                                                    If appointed counsel, are you
                                                      ☐ Federal Defender
                                                      ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. §1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on   February 4, 2019

Attorney signature:   /s/ Joel P. Fonferko
                    (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015

**19-80184**

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Laura A. Hrisko ARDC#6230993
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A File #14-18-12719**

NOTE: This law firm is a debt collector.