United States Bankruptcy Court
Northern District Of Illinois
Western Division

Page 1

| In RE: | PAUL KNIGGE<br>3255 S, 4TH ST.<br><br>DEKALB IL 60115 | Case Number<br><br>**19-80184 TML**<br><br>SS #:  xxx-xx-6379    xxx-xx- | 9/18/2019 |

**TRUSTEE'S NOTICE OF CLAIMS FILED**

NOTICE IS HEREBY GIVEN of claims filed and not filed by the creditors listed below. The above referenced case has just passed the 90 day bar date (deadline for filing claims) provided by Rule 3002(c). "NOT FILED" is shown in claim classification column if the creditor has not filed a claim. Pursuant to Rule 3004 the debtor may file claims on behalf of the creditors below who have not yet filed claims.
Please note that Bankruptcy Code Section 502(b)(9) and Bankruptcy Rule 3002(c)(1), may allow additional time for a governmental unit to file a proof of claim.

| | Creditor | Address | Date Filed | Amount Filed | Amt To Pay | Int Rate | Class | % to be Paid |
|---|---|---|---|---|---|---|---|---|
| 000-0 | SULAIMAN LAW GROUP, LTD.<br>2500 S. HIGHLAND AVE STE 200 | ATTORNEY JOSEPH S DAVIDSON #6<br>LOMBARD,IL 60148-7103 | | 0.00<br>Paid Direct (4,000.00) | 0.00 | 0.00 | Not Filed | |
| 001-0 | OCWEN LOAN SERVICING LLC<br>1661 WORTHINGTON RD STE 100 | ATTN: CASHIERING DEPARTMENT<br>WEST PALM BEACH,FL 33409- | 02/18/2019 | 32,446.64 | 32,446.64 | 6.25 | Secured | 100.00 |
| 001-1 | OCWEN LOAN SERVICING LLC<br>1661 WORTHINGTON RD STE 100 | ATTN: CASHIERING DEPARTMENT<br>WEST PALM BEACH,FL 33409- | 02/18/2019 | 0.00 | 0.00 | 0.00 | Unsecured | 100.00 |
| 002-0 | SELECT PORTFOLIO SERVICING INC<br>PO BOX 65450 | REMITTANCE PROCESSING<br>SALT LAKE CITY,UT 84165-0450 | 04/09/2019 | 11,848.26 | 11,848.26 | 6.13 | Secured | 100.00 |
| 005-0 | DEPARTMENT OF EDUCATION/MOHELA | PO BOX 105347<br>ATLANTA,GA 30348-5347 | 02/01/2019 | 43,921.69 | 0.00 | 0.00 | Direct | |
| 010-0 | RRCA ACCOUNTS MANAGEMENT INC | 201 EAST THIRD STREET<br>STERLING,IL 61081-3611 | 02/07/2019 | 129.00 | 129.00 | 0.00 | Unsecured | 100.00 |

This notice is provided solely to inform Debtor(s) and Counsel of the filing status of claims at the bar date.
IT IS THE REPONSIBILITY OF DEBTOR(S) and COUNSEL TO TAKE APPROPRIATE LEGAL ACTION.

A true and correct copy of this Trustee's Notice of Claims Filed and Not Filed shall
be retained in the Trustee's file in this case.

/s/ Lydia S. Meyer
----------------------------------------
Standing Bankruptcy Trustee

This is to certify that a copy of this notice has been mailed to the debtor and a copy was served on the Debtor(s)' attorney via electronic notification which occurs automatically upon the filing of said Notice.
Dated at Rockford, IL on  9-19-19    By  Heather Fagan